IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DOLI SYARIEF PULUNGAN,

        Plaintiff,                          ORDER

v.

                                       11-cv-470-wmc

UNITED STATES OF AMERICA,

        Defendant.

---

      Plaintiff Doli Syarief Pulungan has filed this action seeking a certificate of innocence following a June 15, 2009 decision by the Court of Appeals for the Seventh Circuit reversing his conviction for exporting riflescopes manufactured to military specifications without a license. This type of action is best heard by the judge who presided over the plaintiff's criminal case. *Rigsbee v. U.S.*, 204 F.2d 70, 73 n.3 (D.C. Cir. 1953) (whether to issue a certificate of innocence is left to the discretion of the trial judge). Accordingly, IT IS ORDERED that this case is REASSIGNED to Judge Barbara B. Crabb.

      Entered this 23rd day of April, 2012.

                              BY THE COURT:

                              /s/

                              WILLIAM M. CONLEY
                              District Judge