IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DOLI SYARIEF PULUNGAN,

                          Plaintiff,                                                 ORDER

   v.

                                                                            11-cv-470-bbc

UNITED STATES OF AMERICA,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       A telephone scheduling conference was held in this case on September 6, 2013 before United States District Judge Barbara B. Crabb.  Gregory Everts participated on behalf of plaintiff Doli Pulungan; Assistant United States Attorney Meredith Duchemin participated on behalf of the United States.

       The purpose of the hearing was to set a date for a hearing at which plaintiff will have an opportunity to prove that he is actually innocent of the charges brought against him by the United States, of which he has been acquitted.  However, both counsel agreed that it is too early to set a date, both because of the complexity of the necessary discovery and the question whether plaintiff will be permitted to re-enter the country in order to take part in the evidentiary hearing.  Accordingly, a followup conference will be held on November 14, 2013, at which counsel can report on their progress on both matters.  Attorney Duchemin is to set up the telephone conference call.

       Entered this 6th day of September, 2013.

                                                      BY THE COURT:

                                                    /s/

                                                   BARBARA B. CRABB
                                                   District Judge