IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DOLI SYARIEF PULUNGAN,

          Plaintiff,          ORDER

v.

          11-cv-470-bbc

UNITED STATES OF AMERICA,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A telephone status conference was held in this case on February 28, 2014, before United States District Judge Barbara B. Crabb.  Gregory Everts participated on behalf of plaintiff Doli Pulungan; Assistant United States Attorneys Meredith Duchemin and Leslie Herje participated on behalf of the United States.

Mr. Everts advised the court that no decision has been made on plaintiff's application for a visa but that he anticipates a decision within the next 30-60 days. Because of this delay, I will adjourn the trial set for March 31, 2014.  Another telephone status conference will be held on April 30, 2014 at 8:30 a.m. to discuss the status of plaintiff's visa and to schedule a trial, if necessary.  Mr. Everts is responsible for imitating the conference call to chambers at (608) 264-5447.

Entered this 4th day of March, 2014.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge