IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DOLI SYARIEF PULUNGAN,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

ORDER

11-cv-470-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS ORDERED that plaintiff Doli Syarief Pulungan's attorney, Gregory T. Everts, is designated as counsel for purposes of obtaining funding from the Western District Bar Association's pro bono fund.

Entered this 30th day of April, 2014.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
District Judge

1