IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DOLI SYARIEF PULUNGAN,

                                                    ORDER #1

        Plaintiff,

                                                    11-cv-470-bbc

   v.

UNITED STATES OF AMERICA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Counsel for plaintiff Doli Syarief Pulungan has moved the court for the entry of an order permitting him to withdraw as counsel for plaintiff, dkt. #46. Counsel cites irreconcilable differences between him and his counsel. Before deciding the motion, I will allow plaintiff an opportunity to be heard, if he wishes. Counsel is requested to advise the court of the electronic for plaintiff if there is one; alternatively he should provide a mail address.

        Until the question of counsel's right to withdraw has been decided, the hearing scheduled for December 10, 2014 will be continued indefinitely. This continuation moots the government's motion to allow one of its witnesses to appear by video conference or telephone, dkt. #44.

ORDER

IT IS ORDERED that the hearing in this matter scheduled for December 10, 2014 is continued indefinitely, pending resolution of counsel's motion for leave to withdraw, and the government's motion to allow one of its witnesses to appear by video conference, dkt. #44, is DENIED as moot.

Entered this 26th day of November, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge